**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Gregory Alan GRIMALDO,
Defendant–Appellant.**

**No. 15–10221.**

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 9, 2015.*

Filed Dec. 14, 2015.

Amanda H. Beck, United States Attorney's Office, Oakland, CA, for Plaintiff–Appellee.

Douglas J. Beevers, Assistant Federal Public Defender, FPDCA–Federal Public Defender's Office, Fresno, ca, for Defendant–Appellant.

Before: WALLACE, RAWLINSON, and IKUTA, Circuit Judges.

MEMORANDUM **

Gregory Alan Grimaldo appeals from the district court's judgment and challenges the 18–month sentence imposed upon revocation of supervised release. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Grimaldo's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. Grimaldo has filed a pro se supplemental brief, and the government has filed an answering brief.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal. Counsel's motion to withdraw is **GRANTED.**

Grimaldo's pro se motion for bail pending appeal is **DENIED** as moot. **AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.